Warren J. DARICK, Plaintiff–
Appellant,

v.

Rex JOHNSON, Individually and as a Director of the State Department of Transportation of the State of Hawaii; et al., Defendants–Appellees.

No. 02–15802.

D.C. No. CV–01–00135–DAE/KSC.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM **

Warren J. Darick appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that state, county, and city employees violated his civil rights by issuing two speeding tickets for which he was subsequently found guilty and fined by a Hawaii state court. Darick also appeals the district court's summary judgment in favor of defendant Hayashida. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni*, 31 F.3d 813, 816, 817 (9th Cir.1994) (per curiam). We may affirm on any ground supported by the record. *Steckman v. Hart Brewing, Inc.*, 143 F.3d 1293, 1295 (9th Cir.1998).

The district court was required to dismiss Darick's action against all the defendants because a judgment in his favor would necessarily imply the invalidity of his convictions for speeding, and Darick did not demonstrate that the convictions had been invalidated. *See Cabrera v. City of Huntington Park*, 159 F.3d 374, 380 (9th Cir.1998) (per curiam) (citing *Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)).

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.